

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2022

No. 04-22-00680-CV

**IN THE INTEREST OF A.N.C., E.L.G., I.C.C.-G., AND O.N.C.-G.**, Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01192
Honorable Martha Tanner, Judge Presiding

# O R D E R

On December 1, 2022, we abated this appeal to allow appellee the Texas Department of Family and Protective Services to request the entry of a judgment nunc pro tunc. In our order, we stated that if the trial court signed a judgment nunc pro tunc, appellant S.G. "may file a new brief within twenty days of the date the judgment is signed." On December 16, 2022, the district clerk filed a supplemental clerk's record containing a Nunc Pro Tunc Order of Termination that the trial court signed on December 9, 2022. We therefore **LIFT** our December 1, 2022 abatement and reinstate this appeal to our active docket. S.G.'s new brief is due **by December 29, 2022**.

It is so **ORDERED** December 20, 2022.

**PER CURIAM**

ATTESTED TO:_____
MICHAEL A. CRUZ,
CLERK OF COURT